HIPOLITO DUMOIS et al., Appellants, *v.* WILLIAM HILL et al., Respondents.

*Dumois* v. *Hill*, 2 App. Div. 525, affirmed.
(Argued December 14, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1896, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Henry W. Goodrich* for appellants.

*Thomas G. Shearman* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY and MARTIN, JJ., absent.

---

THOMAS REILLY, Respondent, *v.* ATLAS IRON CONSTRUCTION COMPANY, Appellant.

*Reilly* v. *Atlas Iron Construction Co.*, 3 App. Div. 363, affirmed.
(Submitted December 16, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Herbert C. Smyth* and *Charles C. Nadal* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY and MARTIN, JJ., absent.